C. L. Barber, for appellant. A. Thain, for respondents.

PER CURIAM. The judgment should be modified, by striking out the extra allowance to each defendant, and by striking out the taxable costs (but not the taxable disbursements) allowed to the defendant Fields, and, as so modified, affirmed, without costs to either party on this appeal; the figures as to the modification to be determined upon the settlement of the order.

DEERING, Respondent, v. SCHREYER, Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by James A. Deering against John Schreyer. A. Thain, for appellant. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See case last above.

DEGNAN et al. v. HAGERTY et al. In re HAGERTY. In re GALLAGHER. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Appeal from Special Term, New York County. Action by William E. Degnan and Rose F. Gallagher against Mary A. Hagerty, individually and as executrix, etc., of Edward J. Hagerty, deceased, and Edward W. Desmond and others. Special proceeding on behalf of Mary A. Hagerty and another, and on behalf of Rose F. Gallagher, to compel John Vincent, an attorney, to pay over certain moneys. From orders directing him to pay the money to petitioners, Vincent appeals. Order modified, and, as modified, affirmed. Edward J. McGuire, for appellant. Frederick St. John, for respondent Hagerty. Gilbert D. Lamb, for respondent Gallagher.

PER CURIAM. We have carefully examined the voluminous record, and are satisfied with the result reached by the learned Special Term, with one exception. In the matter of Hagerty it was determined that the amount of the fee in the second suit of Realty Trust Company v. Hagerty should be 10 per cent. of the amount realized by Mrs. Hagerty from her share impounded with the chamberlain of the city of New York; said share being $32,328.50. The court overlooked the fact that involved in this suit was the Seventy-eighth street property, in which Mrs. Hagerty's share was $6,288.78, and, applying the rule laid down by the court, the attorney should have been allowed 10 per cent. upon this amount, or $628.87. It therefore follows that the order should be modified, by directing that the amount to be paid to Mrs. Hagerty, namely, $6,854.15, should be reduced by $628.87, making a total of $6,225.28, and, as so modified, affirmed. The order in the Gallagher matter is affirmed. No costs in this court to either party on either appeal.

DELAHUNTY v. CANFIELD. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by John Delahunty against Richard A. Canfield. No opinion. Motion denied, with $10 costs. Order filed.

DELESDERNIERS, Respondent, v. PHILADELPHIA CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by John H. Delesderniers against the Philadelphia Casualty Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs.

DE NALLO et al., Appellants, v. VILLAGE OF EAST SYRACUSE, Respondent. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Dominico De Nallo and another against the village of East Syracuse. No opinion. Order affirmed, with $10 costs and disbursements.

DENNY, Respondent, v. ENNIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Hamar St. C. Denny against Thomas A. Ennis and another

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents.

DEUKER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent, et al. (Supreme Court. Appellate Division, First Department. June 7, 1907.) Action by Ernest Deuker, as administrator, against the New York Central & Hudson River Railroad Company, impleaded. J. W. Hawes, for appellant. R. A. Kutzchbock, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DEWSNAP v. MATTHEWS et al. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by George G. Dewsnap against Moses Matthews and another. No opinion. Motion denied, with $10 costs. Settle order on notice.

DEWSNAP v. MATTHEWS. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by George G. Dewsnap against Moses Matthews. No opinion. Motion granted, with $10 costs. Order filed.

DIXON v. DIXON. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Elmer Dixon against Elizabeth Dixon. No opinion. Motion denied, with $10 costs. Settle order on notice.

DOBSON, Appellant, v. MEYER, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Ada Dobson against Henrietta Meyer. No opinion. Motion to dismiss appeal granted, without costs.

DOGGETT, Respondent, v. BOARD of EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by William E. Doggett against the board of education of the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.